**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| PAUL H. GEFFERT,<br>ELIZABETH GEFFERT, individually, on behalf of the class of similarly situated persons,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No. 8:11-cv-03570-RWT<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION TO DISMISS AMERICAN HOME MORTGAGE SERVICING, INC.**
**WITH PREJUDICE**

Defendant American Home Mortgage Servicing, Inc., ("AHMSI"), by its undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), hereby moves for its dismissal from this matter with prejudice. AHMSI relies on the accompanying memorandum of law in support of its Motion.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**BLANK ROME LLP**

Dated: February 29, 2012　　　　　　By:　*/s/ Edward W. Chang*
　　　　　　　　　　　　　　　　　　　　　　Edward W. Chang
　　　　　　　　　　　　　　　　　　　　　　Attorney No. 27319
　　　　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　　　　130 N. 18th Street
　　　　　　　　　　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　(215) 569-5342
　　　　　　　　　　　　　　　　　　　　　　Fax: (215) 832-5342
　　　　　　　　　　　　　　　　　　　　　　EChang@BlankRome.com

James R. Billings-Kang
Attorney No. 29826
BLANK ROME LLP
600 New Hampshire Avenue NW
Washington, DC 20037
(202) 772-5832
Fax: (202) 572-8431
JBillings-Kang@BlankRome.com

*Attorneys for Defendant American Home Mortgage Servicing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of February 2012 a true and correct copy of the foregoing Motion to Dismiss American Home Mortgage Servicing, Inc. with Prejudice, supporting Memorandum of Law, Appendix, Draft Order, and Request for Hearing were served electronically via the Court's CM/ECF system to the following:

> Scott C. Borison (Bar No. 22576)
> Phillip R. Robinson (Bar No. 93431)
> Janet Legg (Bar No. 15552)
> Legg Law Firm, LLC
> 5500 Buckeystown Pike
> Frederick, MD  21703
> Telephone: 301-620-1016
> Fax: 301-620-1018
> *Counsel for Plaintiffs*

/s/ James R. Billings-Kang
James Billings-Kang