# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                        **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                       **GREENBELT, MARYLAND 20770**
                                                                                                                             **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:        *Paul Geffert, et al. v. American Home Mortgage Servicing, Inc.*
              Civil No. RWT-11-3570

DATE:     March 16, 2012

                                                         * * * * * * * * *

      Due to a change in the Court's calendar, the hearing on the Motion to Dismiss previously scheduled for **July 19, 2012 at 10:00 a.m.** is hereby **RESCHEDULED** for **July 19, 2012 at 9:00 a.m**.

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                       /s/
                                                                      Roger W. Titus
                                                                      United States District Judge