UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

(Southern Division)

| | |
|---|---|
| PAUL H. GEFFERT<br>ELIZABETH GEFFERT, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>AMERICAN HOME<br>MORTGAGE SERVICING INC.<br><br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:   Case No. 8:11-cv-03570-RWT<br>:<br>:<br>:<br>:<br>: |

## VOLUNTARY DISMISSAL

Plaintiffs Paul H. Geffert and Elizabeth Geffert hereby dismiss their action pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure before any answer or summary judgment motion in light of this Court's recent ruling in *Casey v. Litton Loan Servicing LP*, CIV.A. RDB-11-0787, 2012 WL 502886 (D. Md. Feb. 14, 2012) in which the Court found it lacked jurisdiction over similar claims asserted herein and "each of the Plaintiffs' complaints, if it occurred at all, was perpetrated by the substitute trustees and not the Defendant" loan servicer.

Respectfully Submitted,

/s/ Scott C. Borison
Scott C. Borison, Esq. (Bar No. 22576)
borison@legglaw.com
/s/ Phillip R. Robinson
Phillip R. Robinson, Esq., Of Counsel
(Bar No. 93431)
probinson@legglaw.com

Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick, Maryland 21703
(301) 620-1016
Fax: (301) 620-1018

"APPROVED" THIS 16TH DAY of April, 2012

/s/ Roger W. Titus
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

This is to certify that on this date, April 16, 2012 a true and correct copy of the foregoing Rule 41 (a)(1)(A)(i) Voluntary Dismissal was served upon all attorneys of record via the Court's ECF system.

/s/ Phillip R. Robinson
Phillip R. Robinson, Esq.